UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID PEZONELLA, | ) | 3:05-CV-642-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2006 |
| | ) | |
| HOLLYWOOD VIDEO SUPERSTORES, INC., an Oregon corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion for Fees and Costs (Doc. #14). Plaintiff has opposed the Motion (Doc. #15) and Defendant has replied (Doc. #16).

Defendant's Motion is granted to the extent of the expenses incurred by Barry Johnson in attending the ENE Session in the sum of $892.02.

Payment in the sum of $892.02 will be made within fifteen (15) days.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
          Deputy Clerk

Case 3:05-cv-00642-ECR-VPC   Document 17   Filed 06/22/06   Page 2 of 2